1   Thomas G. Mackey (SBN 198710)
    JACKSON LEWIS LLP
2   725 S. Figueroa Street, Suite 2500
    Los Angeles, California 90017
3   Telephone:   (213) 689-0404
    Facsimile:   (213) 689-0430
4   Email:  mackeyt@jacksonlewis.com

5   Heath A. Havey (SBN 244087)
    JACKSON LEWIS LLP
6   801 K Street, Suite 2300
    Sacramento, California 95814
7   Telephone:   (916) 341-0404
    Facsimile:   (916) 341-0141
8   Email:  haveyh@jacksonlewis.com

9   *Attorneys for Defendants*
    *AMERICAN MANAGEMENT SERVICES LLC,*
10  *RICK L. GRAF, SUZANAH HARRIS, ERIC*
    *SCHWABE*
11

12                      UNITED STATES DISTRICT COURT

13                      EASTERN DISTRICT OF CALIFORNIA

14  CHRISTOPHER STEELE, acting for himself        Case No.  2:12-cv-00085-WBS-JFM
    individually, and others similarly situated;
15  BRENDAN LEVERON, acting for himself           **STIPULATION TO CONTINUE STATUS**
    individually, and for others similarly situated,  **(PRETRIAL SCHEDULING)**
16  and for the general public,                   **CONFERENCE; [~~PROPOSED~~] ORDER**

17                       Plaintiffs,              Scheduling Conference:       April 30, 2012

18             vs.                                Proposed Continued
                                                  Scheduling Conference
19  AMERICAN MANAGEMENT SERVICES                  Date:
    LLC, d/b/a PINNACLE; PINNACLE
20  FAMILY OF COMPANIES; RICK L. GRAF,            Complaint Filed:             January 11, 2012
    an individual; SUZANAH HARRIS, an             Trial Date:                  None Set
21  individual; JENNIFER RISCHMAN, an
    individual; ERIC SCHWABE; an individual;
22  ANITA VANDERVEER, an individual,

23                       Defendants.

24

25          WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause,

26  plaintiffs Christopher Steele and Brendan Leveron (collectively "Plaintiffs") and defendants

27  American Management Services LLC, Rick L. Graf, Suzanah Harris, and Eric Schwabe

28  (collectively "Defendants"), by and through their respective attorneys of record, hereby jointly

                                          1

1   stipulate and request the Court to vacate the dates set forth in the Order Re: Status (Pretrial

2   Scheduling) Conference filed by the Court on January 12, 2012, and to continue such dates as set

3   forth in the stipulation below.

4      Good cause exists for this stipulation and order.  None of the Defendants has made any

5   appearance in this case yet, and their counsel will need to review the facts and allegations in the

6   case to meaningfully participate and to address jurisdictional issues.

7      Further, it is unknown what attorneys, if any, defendants Jennifer Rischman and Anita

8   Vanderveer, will retain to represent them.  To reasonably meet and confer on a discovery plan

9   and a joint status report, all attorneys should be present to meet and confer.   Currently,

10  Defendants are in the process of contacting these individual defendants regarding representation.

11     Plaintiffs and Defendants are also currently meeting and conferring regarding a potential

12  motion to compel arbitration in this matter and currently are exploring the prospects for possible

13  early settlement and/or mediation.  The parties respectfully request additional time to focus on

14  streamlining the litigation.

15  WHEREFORE, the parties hereby jointly stipulate and request an order as follows:

16     1.    The current deadline of April 16, 2012, to meet and confer regarding a discovery

17           plan will be continued to June 11, 2012, or another date as set by the Court;

18     2.    The current deadline of April 23, 2012, to submit a joint status report will be

19           continued to June 18, 2012, or another date as set by the Court;

20     3.    The currently scheduled date of Monday, April 30, 2012, at 2:00 p.m. for the

21           Status (Pretrial Scheduling) Conference will be continued to Monday, July 2,

22           2012, at 2:00 p.m., or another date after June 26, 2012, set by the Court.

23  **IT IS SO STIPULATED.**

24  Dated: April 13, 2012                          MASTAGNI, HOLSTEDT, AMICK, MILLER
                                                    & JOHNSEN

25
                                                    By: /s/ *James B. Carr*
26                                                       David P. Mastagni
                                                         David E. Mastagni
27                                                       James B. Carr
                                                         Isaac S. Stevens
28
                                                    Attorneys for Plaintiffs

2

1  Dated: April 13, 2012                        JACKSON LEWIS LLP

2                                               By: /s/ *Heath A. Havey*

3                                                   Thomas G. Mackey
                                                    Heath A. Havey

4                                               Attorneys for Defendants

5                                               AMERICAN MANAGEMENT SERVICES LLC,
                                                RICK L. GRAF, SUZANAH HARRIS, and ERIC
6                                               SCHWABE

7                                        **<u>ORDER</u>**

8       FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

9            1.     The current deadline of April 16, 2012, to meet and confer regarding a discovery

10                  plan is continued to June 11, 2012;

11           2.     The current deadline of April 23, 2012, to submit a joint status report is continued

12                  to **June 25, 2012**;

13           **3.**     The currently scheduled date of Monday, April 30, 2012, at 2:00 p.m. for the

14                  Status (Pretrial Scheduling) Conference is continued to **Monday, July 9, 2012, at**

15                  **2:00 p.m.**

16      Dated:  April 17, 2012

17

18                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SCHEDULING                    *Steele v. American Management Services, LLC*
CONFERENCE; [PROPOSED] ORDER                          Case No. 2:12-cv-00085-WBS-JFM