Thomas G. Mackey (SBN 198710)
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
Email:  mackeyt@jacksonlewis.com

Heath A. Havey (SBN 244087)
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email: haveyh@jacksonlewis.com

*Attorneys for Defendants*
*AMERICAN MANAGEMENT SERVICES LLC,*
*RICK L. GRAF, SUZANAH HARRIS, ERIC SCHWABE*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEELE, acting for himself individually, and others similarly situated; BRENDAN LEVERON, acting for himself individually, and for others similarly situated, and for the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MANAGEMENT SERVICES LLC, d/b/a PINNACLE; PINNACLE FAMILY OF COMPANIES; RICK L. GRAF, an individual; SUZANAH HARRIS, an individual; JENNIFER RISCHMAN, an individual; ERIC SCHWABE; an individual; ANITA VANDERVEER, an individual,<br><br>Defendants. | Case No.  2:12-cv-00085-WBS-JFM<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER**<br><br>Scheduling Conference:   April 30, 2012<br><br>Proposed Continued Scheduling Conference Date:<br><br>Complaint Filed:   January 11, 2012<br>Trial Date:   None Set |

WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause, plaintiffs Christopher Steele and Brendan Leveron (collectively "Plaintiffs") and defendants American Management Services LLC, Rick L. Graf, Suzanah Harris, and Eric Schwabe (collectively "Defendants"), by and through their respective attorneys of record, hereby jointly

1

stipulate and request the Court to vacate the dates set forth in the Order Re: Status (Pretrial Scheduling) Conference filed by the Court on January 12, 2012, and to continue such dates as set forth in the stipulation below.

Good cause exists for this stipulation and order.  None of the Defendants has made any appearance in this case yet, and their counsel will need to review the facts and allegations in the case to meaningfully participate and to address jurisdictional issues.

Further, it is unknown what attorneys, if any, defendants Jennifer Rischman and Anita Vanderveer, will retain to represent them.  To reasonably meet and confer on a discovery plan and a joint status report, all attorneys should be present to meet and confer.  Currently, Defendants are in the process of contacting these individual defendants regarding representation.

Plaintiffs and Defendants are also currently meeting and conferring regarding a potential motion to compel arbitration in this matter and currently are exploring the prospects for possible early settlement and/or mediation.  The parties respectfully request additional time to focus on streamlining the litigation.

WHEREFORE, the parties hereby jointly stipulate and request an order as follows:

1. The current deadline of April 16, 2012, to meet and confer regarding a discovery plan will be continued to June 11, 2012, or another date as set by the Court;
2. The current deadline of April 23, 2012, to submit a joint status report will be continued to June 18, 2012, or another date as set by the Court;
3. The currently scheduled date of Monday, April 30, 2012, at 2:00 p.m. for the Status (Pretrial Scheduling) Conference will be continued to Monday, July 2, 2012, at 2:00 p.m., or another date after June 26, 2012, set by the Court.

**IT IS SO STIPULATED.**

Dated: April 13, 2012                    MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

By: /s/ *James B. Carr*
David P. Mastagni
David E. Mastagni
James B. Carr
Isaac S. Stevens

Attorneys for Plaintiffs

Dated: April 13, 2012                               JACKSON LEWIS LLP

By: /s/ *Heath A. Havey*
    Thomas G. Mackey
    Heath A. Havey

Attorneys for Defendants

AMERICAN MANAGEMENT SERVICES LLC, RICK L. GRAF, SUZANAH HARRIS, and ERIC SCHWABE

## ORDER

FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The current deadline of April 16, 2012, to meet and confer regarding a discovery plan is continued to June 11, 2012;

2. The current deadline of April 23, 2012, to submit a joint status report is continued to **June 25, 2012**;

**3.** The currently scheduled date of Monday, April 30, 2012, at 2:00 p.m. for the Status (Pretrial Scheduling) Conference is continued to **Monday, July 9, 2012, at 2:00 p.m.**

Dated: April 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
3

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER                   *Steele v. American Management Services, LLC*
Case No. 2:12-cv-00085-WBS-JFM