Thomas G. Mackey (SBN 198710)
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
Email:  mackeyt@jacksonlewis.com

Heath A. Havey (SBN 244087)
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
Email:  haveyh@jacksonlewis.com

Attorneys for Defendants
AMERICAN MANAGEMENT SERVICES LLC,
RICK L. GRAF, SUZANAH HARRIS, ERIC SCHWABE

[See Signature Page For Additional Party]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEELE, acting for himself individually, and others similarly situated; BRENDAN LEVERON, acting for himself individually, and for others similarly situated, and for the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MANAGEMENT SERVICES LLC, d/b/a PINNACLE; PINNACLE FAMILY OF COMPANIES; RICK L. GRAF, an individual; SUZANAH HARRIS, an individual; JENNIFER RISCHMAN, an individual; ERIC SCHWABE; an individual; ANITA VANDERVEER, an individual,<br><br>Defendants. | Case No.  2:12-cv-00085-WBS-JFM<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER**<br><br>Scheduling Conference:    July 9, 2012<br><br>Complaint Filed:    January 11, 2012<br>Trial Date:             None Set |

///

///

///

1

1    WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause, plaintiffs Christopher Steele and Brendan Leveron (collectively "Plaintiffs") and defendants American Management Services LLC, Rick L. Graf, Suzanah Harris, Jennifer Rischman, Eric Schwabe, and Anita Vanderveer (collectively "Defendants"), by and through their respective attorneys of record, hereby jointly stipulate and request the Court to vacate the dates set forth in the Order continuing the Status (Pretrial Scheduling) Conference filed by the Court on April 17, 2012, and to continue such dates as set forth in the stipulation below.

Good cause exists for this stipulation and order.  Counsel for Defendants just recently were able to contact and become counsel for each of the individual defendants, resulting in a consolidated Answer filed by all defendants on May 14, 2012.  Defendants continue to investigate the allegations in the Complaint.

Plaintiffs both signed arbitration agreements while employed at Pinnacle. Plaintiffs, by agreeing to this Stipulation, do not admit that they are subject to the arbitration clause in the employment contract and documents with Pinnacle.  The signed arbitration agreements are the subject of the first affirmative defense in the Answer, which states: "Plaintiffs' Complaint as a whole, and each purported cause of action alleged therein, is subject to binding arbitration for each of the plaintiffs and for each putative class member."  Within the next few weeks, Defendants plan to file a motion to compel arbitration of Plaintiffs' individual claims, and to seek dismissal of the individual and class claims.  Therefore, good cause exists to continue the pretrial scheduling conference until resolution of the motion.

WHEREFORE, the parties hereby jointly stipulate and request an order as follows:

1. The current deadline of June 11, 2012, to meet and confer regarding a discovery plan will be continued to September 3, 2012, or another date as set by the Court;

2. The current deadline of June 25, 2012, to submit a joint status report will be continued to September 17, 2012, or another date as set by the Court;

3. The currently scheduled date of Monday, July 9, 2012, at 2:00 p.m. for the Status (Pretrial Scheduling) Conference will be continued to Monday, October 1, 2012, at 2:00 p.m., or another date set by the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 21, 2012 | MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN |
| | By: /s/ James B. Carr (as authorized on 6/21/12) |
| | David P. Mastagni |
| | David E. Mastagni |
| | James B. Carr |
| | Isaac S. Stevens |
| | Attorneys for Plaintiffs |
| Dated: June 21, 2012 | JACKSON LEWIS LLP |
| | By: /s/ Heath A. Havey |
| | Thomas G. Mackey |
| | Heath A. Havey |
| | Attorneys for Defendants |
| | AMERICAN MANAGEMENT SERVICES LLC, RICK L. GRAF, SUZANAH HARRIS, and ERIC SCHWABE |

## **ORDER**

FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The current deadline of June 11, 2012, to meet and confer regarding a discovery plan is continued to September 3, 2012;

2. The current deadline of June 25, 2012, to submit a joint status report is continued to September 17, 2012;

3. The currently scheduled date of Monday, July 9, 2012, at 2:00 p.m. for the Status (Pretrial Scheduling) Conference is continued to Monday, October 1, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE