Thomas G. Mackey (SBN 198710)
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Email: mackeyt@jacksonlewis.com

Heath A. Havey (SBN 244087)
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: haveyh@jacksonlewis.com

Attorneys for Defendants
AMERICAN MANAGEMENT SERVICES LLC,
RICK L. GRAF, SUZANAH HARRIS, JENNIFER
RISCHMAN, ERIC SCHWABE and ANITA
VANDERVEER

[See Signature Page For Additional Party]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEELE, acting for himself individually, and others similarly situated; BRENDAN LEVERON, acting for himself individually, and for others similarly situated, and for the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MANAGEMENT SERVICES LLC, d/b/a PINNACLE; PINNACLE FAMILY OF COMPANIES; RICK L. GRAF, an individual; SUZANAH HARRIS, an individual; JENNIFER RISCHMAN, an individual; ERIC SCHWABE; an individual; ANITA VANDERVEER, an individual,<br><br>Defendants. | Case No. 2:12-cv-00085-WBS-JFM<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER**<br><br>Scheduling Conference:   October 1, 2012<br><br>Complaint Filed:   January 11, 2012<br>Trial Date:   None Set |

WHEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause, plaintiffs Christopher Steele and Brendan Leveron (collectively "Plaintiffs") and defendants American Management Services LLC, Rick L. Graf, Suzanah Harris, Jennifer

Rischman, Eric Schwabe, and Anita Vanderveer (collectively "Defendants"), by and through their respective attorneys of record, hereby jointly stipulate and request the Court to vacate the dates set forth in the Order continuing the Status (Pretrial Scheduling) Conference filed by the Court on June 22, 2012, and to continue such dates as set forth in the stipulation below.

Good cause exists for this stipulation and order.  Counsel for Defendants filed a motion to compel arbitration on August 29, 2012, seeking dismissal of the individual and class claims.  The hearing on the motion to compel arbitration is currently scheduled for October 9, 2012, at 2:00 p.m.  A resolution on the motion should occur before completion of initial disclosures, development of a discovery plan, and submission of a joint status report because the motion to compel arbitration involves a jurisdictional matter.

Therefore, good cause exists to continue the pretrial scheduling conference until resolution of the motion.

WHEREFORE, the parties hereby jointly stipulate and request an order as follows:

1. The current deadline of September 3, 2012, to meet and confer regarding a discovery plan will be continued to **November 5, 2012**, or another date as set by the Court;

2. The current deadline of September 17, 2012, to complete initial disclosures, develop a discovery plan, and submit a joint status report will be continued to **November 19, 2012**, or another date as set by the Court;

3. The currently scheduled date of Monday, October 1, 2012, at 2:00 p.m. for the Status (Pretrial Scheduling) Conference will be continued to **Monday, December 10, 2012, at 2:00 p.m**., or another date set by the Court.

**IT IS SO STIPULATED.**

Dated: September 13, 2012            MASTAGNI, HOLSTEDT, AMICK, MILLER
                                                         & JOHNSEN

                                                         By:  /s/ *James B. Carr* – as authorized on 9/13/12
                                                             David P. Mastagni
                                                             David E. Mastagni
                                                             James B. Carr
                                                             Isaac S. Stevens

                                                         Attorneys for Plaintiffs

Dated: September 13, 2012                JACKSON LEWIS LLP

By: /s/ *Heath A. Havey*
    Thomas G. Mackey
    Heath A. Havey

Attorneys for Defendants
AMERICAN MANAGEMENT SERVICES LLC, RICK L. GRAF, SUZANAH HARRIS, JENNIFER RISCHMAN, ERIC SCHWABE and ANITA VANDERVEER

## **ORDER**

FOR GOOD CAUSE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The current deadline of September 3, 2012, to meet and confer regarding a discovery plan is continued to **November 5, 2012**;

2. The current deadline of September 17, 2012, to complete initial disclosures, develop a discovery plan, and submit a joint status report is continued to **November 19, 2012**;

3. The currently scheduled date of Monday, October 1, 2012, at 2:00 p.m. for the Status (Pretrial Scheduling) Conference is continued to **Monday, December 10, 2012, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: September 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE